In the Matter of ELWYN WITHEY, Individually and as Father and Natural Guardian of DOUGLAS WITHEY, Respondent, v. BOARD OF EDUCATION OF THE HOMER CENTRAL SCHOOL DISTRICT, Appellant.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., concur in memorandum by Herlihy, J.